AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
Raymond Exavier Guardipee

Case No: 3:21-cr-00453-IM-1
USM No: 80679-065

Date of Original Judgment: 02/13/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Michelle M. Sweet
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  21  months **is reduced to**  time served  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/13/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/24/2024

/s/ Karin J. Immergut
*Judge's signature*

Effective Date:  02/01/2024
*(if different from order date)*

Karin J. Immergut. U.S. District Judge
*Printed name and title*